Date/Time Printed: 06-26-2017 11:09:11   Revised: 07/16

| CRIMINAL COMPLAINT ORIGINAL | DOCKET NUMBER 1707CR002281 | NO. OF COUNTS 1 | Trial Court of Massachusetts BMC Department |
|---|---|---|---|
| **DEFENDANT NAME & ADDRESS** Wilter J Rodrigues 48 Percival Street Apt #1 Boston, MA 02122 | | **ORIGINAL** | **COURT NAME & ADDRESS** BMC Dorchester 510 Washington Street Dorchester, MA 02124- (617)288-9500 |
| DEFENDANT DOB 05/12/1986 | COMPLAINT ISSUED 06/26/2017 | DATE OF OFFENSE 06/26/2017 | ARREST DATE 06/26/2017 |
| OFFENSE CITY / TOWN Boston | OFFENSE ADDRESS RT 93 North & RAMP-Morrissey BLVD to RTS 93 | | NEXT EVENT DATE & TIME 06/26/2017 09:00 AM |
| POLICE DEPARTMENT SP South Boston | POLICE INCIDENT NUMBER 2017-OH6-004112 | | NEXT SCHEDULED EVENT Arraignment |
| OBTN TSI201704633 | PCF NUMBER 3052680 | DEFENDANT XREF ID 7853309 | ROOM / SESSION Arraignment (1st) Session |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 94C/32E/A | COCAINE, TRAFFICKING IN 18 GRAMS OR MORE, LESS THAN 36 GRAMS c94C §32E(b) |

*Pss w/int Cl B  9/26/17*

On 06/26/2017 did traffic in a controlled substance defined in clause (4) of paragraph (a) of Class B of G.L. c.94C, §31, in that the defendant did knowingly or intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, or did bring into this Commonwealth, a net weight of eighteen grams or more but less than thirty-six grams of such controlled substance, or a net weight of eighteen grams or more but less than thirty-six of a mixture containing such controlled substance, to wit: a net weight of a net weight of 20.8 Grams Cocaine, in violation of G.L. c.94C, §32E(b).

PENALTY: state prison not less than 2 years, not more than 15 years; or a fine not less than $2,500 and not more than $25,000. No sentence may be imposed that is less than the 2 year minimum imprisonment. Fine may not be in lieu of minimum 2 year imprisonment.

| SIGNATURE OF COMPLAINANT X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK/DEP. ASST. CLERK X | DATE 6/26/17 |
|---|---|---|
| NAME OF COMPLAINANT | CLERK-MAGISTRATE/ASST. CLERK X | DATE |

*Notice to Defendant:* 42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.